# EXHIBIT 1

| Facility | Inmates Positive | Staff Positive | Inmate Deaths | Staff Deaths | Inmates Recovered | Staff Recovered | City | State |
|---|---|---|---|---|---|---|---|---|
| Beaumont USP | 41 | 10 | 0 | 0 | 250 | 57 | beaumont | TX |
| Three Rivers FCI | 41 | 4 | 0 | 0 | 309 | 73 | three rivers | TX |
| Phoenix FCI | 34 | 27 | 2 | 0 | 405 | 67 | phoenix | AZ |
| Tallahassee FCI | 26 | 0 | 1 | 0 | 411 | 62 | tallahassee | FL |
| Coleman Low FCI | 13 | 0 | 1 | 1 | 390 | 75 | sumterville | FL |
| Canaan USP | 12 | 2 | 0 | 0 | 275 | 81 | waymart | PA |
| Sheridan FCI | 11 | 3 | 2 | 0 | 232 | 18 | sheridan | OR |
| Alderson FPC | 10 | 1 | 0 | 0 | 25 | 35 | alderson | WV |
| Carswell FMC | 10 | 12 | 8 | 0 | 601 | 3 | fort worth | TX |
| Bennettsville FCI | 9 | 3 | 1 | 0 | 152 | 60 | bennettsville | SC |
| Yazoo City USP | 8 | 0 | 2 | 0 | 252 | 19 | yazoo city | MS |
| Victorville Medium II FCI | 7 | 4 | 1 | 0 | 431 | 58 | victorville | CA |
| Allenwood Low FCI | 6 | 0 | 0 | 0 | 232 | 21 | allenwood | PA |
| Florence ADMAX USP | 6 | 10 | 0 | 0 | 2 | 32 | florence | CO |
| Oakdale I FCI | 6 | 27 | 7 | 0 | 202 | 50 | oakdale | LA |
| Morgantown FCI | 5 | 3 | 0 | 0 | 166 | 43 | morgantown | WV |
| Cumberland FCI | 4 | 7 | 0 | 0 | 330 | 73 | cumberland | MD |
| Herlong FCI | 4 | 15 | 0 | 0 | 370 | 29 | herlong | CA |
| Butner Low FCI | 3 | 2 | 18 | 1 | 510 | 48 | butner | NC |
| Jesup FCI | 3 | 0 | 2 | 0 | 463 | 23 | jesup | GA |
| Miami FDC | 3 | 2 | 2 | 0 | 175 | 65 | miami | FL |
| Williamsburg FCI | 3 | 1 | 3 | 0 | 199 | 70 | salters | SC |
| Alternatives Incorporated (RRC) | 2 | 0 | 0 | 0 | 0 | 0 | billings | MT |
| Atlanta USP | 2 | 0 | 2 | 0 | 195 | 29 | atlanta | GA |
| Bastrop FCI | 2 | 9 | 1 | 0 | 348 | 43 | bastrop | TX |
| Beckley FCI | 2 | 3 | 0 | 0 | 190 | 97 | beaver | WV |
| Butner FMC | 2 | 7 | 2 | 0 | 154 | 77 | butner | NC |
| GEO-Taylor St. Facility (RRC) | 2 | 0 | 0 | 0 | 3 | 0 | san francisco | CA |
| Los Angeles MDC | 2 | 2 | 1 | 0 | 237 | 87 | los angeles | CA |
| Pollock FCI | 2 | 0 | 0 | 0 | 525 | 33 | pollock | LA |
| Reynolds and Associates Inc (RRC) | 2 | 0 | 0 | 0 | 0 | 0 | washington | DC |
| Salvation Army (RRC) | 2 | 0 | 0 | 0 | 2 | 0 | chattanooga | TN |
| SeaTac FDC | 2 | 1 | 0 | 0 | 178 | 48 | seattle | WA |
| Terre Haute USP | 2 | 0 | 2 | 0 | 684 | 23 | terre haute | IN |
| Volunteers of America, Inc. (Minnesota) (RRC) | 2 | 0 | 0 | 0 | 4 | 0 | minneapolis | MN |
| ATalbert House Inc. (RRC) | 1 | 0 | 0 | 0 | 2 | 0 | cincinnati | OH |
| Alvis House Inc. (RRC) | 1 | 0 | 0 | 0 | 1 | 0 | columbus | OH |
| Anchorage RRC Cordova Center (RRC) | 1 | 0 | 0 | 0 | 0 | 0 | anchorage | AK |
| Big Sandy USP | 1 | 10 | 0 | 0 | 122 | 130 | inez | KY |
| Brooklyn MDC | 1 | 12 | 1 | 0 | 301 | 113 | brooklyn | NY |
| Bryan FPC | 1 | 1 | 0 | 0 | 67 | 22 | bryan | TX |
| Central Territorial of the Salvation Army; DBA Salvation Army Correctional Ser (RRC) | 1 | 0 | 0 | 0 | 6 | 0 | chicago | IL |
| Danbury FCI | 1 | 0 | 1 | 0 | 147 | 85 | danbury | CT |
| Dismas Charities (RRC) | 1 | 0 | 1 | 0 | 2 | 0 | hattiesburg | MS |
| Dismas Charities (RRC) | 1 | 0 | 0 | 0 | 8 | 0 | midland | TX |
| Dismas Charities Inc. (RRC) | 1 | 0 | 0 | 0 | 4 | 0 | sioux city | IA |
| Dismas Charities Inc. (RRC) | 1 | 0 | 1 | 0 | 4 | 0 | savannah | GA |
| Dismas Charities Louisville (RRC) | 1 | 0 | 0 | 0 | 1 | 0 | louisville | KY |
| Dismas Charities, Inc. (RRC) | 1 | 0 | 0 | 0 | 6 | 0 | dania | FL |
| Edgefield FCI | 1 | 4 | 3 | 0 | 234 | 33 | edgefield | SC |
| Englewood FCI | 1 | 2 | 1 | 0 | 550 | 80 | littleton | CO |
| Forrest City Low FCI | 1 | 17 | 0 | 0 | 627 | 50 | forrest city | AR |
| Forrest City Medium FCI | 1 | 19 | 2 | 0 | 316 | 64 | forrest city | AR |

| Facility | | | | | | | City | State |
|---|---|---|---|---|---|---|---|---|
| Fort Worth FMC | 1 | 0 | 15 | 0 | 643 | 48 | fort worth | TX |
| Hazelton FCI | 1 | 1 | 1 | 0 | 133 | 90 | bruceton mills | WV |
| Leavenworth USP | 1 | 1 | 3 | 0 | 729 | 14 | leavenworth | KS |
| Lexington FMC | 1 | 1 | 9 | 0 | 581 | 103 | lexington | KY |
| Lexington/Fayette Co Detn Ctr (RRC) | 1 | 0 | 0 | 0 | 0 | 0 | lexington | KY |
| Marion USP | 1 | 0 | 2 | 0 | 676 | 61 | marion | IL |
| Memphis FCI | 1 | 1 | 2 | 0 | 292 | 83 | memphis | TN |
| Mendota FCI | 1 | 0 | 1 | 0 | 72 | 39 | mendota | CA |
| Milan FCI | 1 | 1 | 3 | 0 | 229 | 85 | milan | MI |
| Oakdale II FCI | 1 | 8 | 2 | 0 | 278 | 23 | oakdale | LA |
| Port of Hope (RRC) | 1 | 0 | 0 | 0 | 2 | 0 | boise | ID |
| Riverside Christian Ministries (RRC) | 1 | 0 | 0 | 0 | 3 | 0 | miami | FL |
| Seagoville FCI | 1 | 1 | 6 | 0 | 1059 | 63 | seagoville | TX |
| Terre Haute FCI | 1 | 7 | 4 | 0 | 337 | 155 | terre haute | IN |
| Tucson USP | 1 | 3 | 11 | 0 | 845 | 128 | tucson | AZ |
| Victorville Medium I FCI | 1 | 10 | 2 | 1 | 520 | 84 | victorville | CA |
| ACS Corrections (RRC) | 0 | 0 | 1 | 0 | 3 | 0 | del valle | TX |
| Aliceville FCI | 0 | 5 | 0 | 0 | 127 | 17 | aliceville | AL |
| Allenwood Medium FCI | 0 | 1 | 0 | 0 | 465 | 53 | white deer | PA |
| Allenwood USP | 0 | 1 | 1 | 0 | 119 | 46 | allenwood | PA |
| Alpha House of Springfield (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | springfield | MO |
| Alston Wilkes Society (RRC) | 0 | 0 | 1 | 0 | 0 | 0 | florence | SC |
| Alston Wilkes Society (RRC) | 0 | 0 | 1 | 0 | 3 | 0 | columbia | SC |
| Alston Wilkes Society Inc. (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | fayetteville | NC |
| Alternatives Incorporated (RRC) | 0 | 0 | 0 | 0 | 2 | 0 | billings | MT |
| Ashland FCI | 0 | 3 | 6 | 0 | 293 | 98 | ashland | KY |
| Atwater USP | 0 | 0 | 0 | 0 | 346 | 65 | atwater | CA |
| BEHAVIORAL SYSTEMS S. W. (RRC) | 0 | 0 | 0 | 0 | 6 | 0 | rubidoux | CA |
| Bannum, Inc. (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | greenville | SC |
| Banyan Community Health (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | miami | FL |
| Beaumont Low FCI | 0 | 3 | 3 | 0 | 1011 | 37 | beaumont | TX |
| Beaumont Medium FCI | 0 | 3 | 0 | 0 | 550 | 44 | beaumont | TX |
| Behavioral Systems Florence (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | florence | AZ |
| Behavioral Systems Southwest (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | van nuys | CA |
| Behavioral Systems Southwest, Inc. (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | los angeles | CA |
| Behavioral Systems Southwest, Inc. (RRC) | 0 | 0 | 1 | 0 | 1 | 0 | phoenix | AZ |
| Berlin FCI | 0 | 4 | 0 | 0 | 194 | 25 | berlin | NH |
| Big Spring FCI | 0 | 7 | 3 | 0 | 680 | 12 | big spring | TX |
| Blount County Justice Center (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | maryville | TN |
| Brawley RRC (RRC) | 0 | 0 | 1 | 0 | 4 | 0 | brawley | CA |
| Butner Medium I FCI | 0 | 6 | 9 | 0 | 127 | 67 | butner | NC |
| Butner Medium II FCI | 0 | 1 | 3 | 0 | 369 | 31 | butner | NC |
| CORE Services Group, Inc. (RRC) | 0 | 0 | 0 | 0 | 5 | 0 | brooklyn | NY |
| CSC-Dismas Charities (RRC) | 0 | 0 | 0 | 0 | 2 | 0 | atlanta | GA |
| Central Office HQ | 0 | 12 | 0 | 0 | 0 | 58 | washington | DC |
| Cherry Street Services, Inc. (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | detroit | MI |
| Cherry Street Services, Inc. (RRC) | 0 | 0 | 0 | 0 | 2 | 0 | grand rapids | MI |
| Chicago MCC | 0 | 1 | 0 | 0 | 243 | 72 | chicago | IL |
| City of Faith RRC (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | little rock | AR |
| Coleman I USP | 0 | 3 | 0 | 0 | 139 | 91 | sumterville | FL |
| Coleman II USP | 0 | 3 | 1 | 0 | 369 | 105 | sumterville | FL |
| Coleman Medium FCI | 0 | 1 | 3 | 1 | 336 | 87 | sumterville | FL |
| Community Corrections Assoc. (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | youngstown | OH |
| Community Education Centers (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | rapid city | SD |

| Facility | | | | | | Location | State |
|---|---|---|---|---|---|---|---|
| Community Education Centers (RRC) | 0 | 0 | 0 | 0 | 3 | 0 mills | WY |
| Community Extended Nuclear TRA (RRC) | 0 | 0 | 0 | 0 | 2 | 0 fargo | ND |
| Community Resources Justice (RRC) | 0 | 0 | 0 | 0 | 1 | 0 pawtucket | RI |
| Community Resources for Justic (RRC) | 0 | 0 | 0 | 0 | 1 | 0 buffalo | NY |
| Community Resources for Justice, Inc. (RRC) | 0 | 0 | 0 | 0 | 2 | 0 boston | MA |
| Community Solutions, Inc. (RRC) | 0 | 0 | 0 | 0 | 1 | 0 wilmington | DE |
| Community Solutions, Inc. (RRC) | 0 | 0 | 0 | 0 | 1 | 0 hartford | CT |
| Core Civic (RRC) | 0 | 0 | 0 | 0 | 3 | 0 newport news | VA |
| Core DC LLC. (RRC) | 0 | 0 | 0 | 0 | 2 | 0 washington | DC |
| Corecivic (RRC) | 0 | 0 | 0 | 0 | 2 | 0 norfolk | VA |
| Correctional Alternatives Inc. (RRC) | 0 | 0 | 0 | 0 | 6 | 0 san diego | CA |
| County Rehabilitation Center (RRC) | 0 | 0 | 0 | 0 | 2 | 0 tyler | TX |
| Crosspoint Inc. (RRC) | 0 | 0 | 0 | 0 | 3 | 0 san antonio | TX |
| Cydkam Center LLC (RRC) | 0 | 0 | 0 | 0 | 2 | 0 neelyville | MO |
| Devens FMC | 0 | 7 | 13 | 0 | 344 | 65 ayer | MA |
| Dismas Charities (RRC) | 0 | 0 | 0 | 0 | 3 | 0 memphis | TN |
| Dismas Charities (RRC) | 0 | 0 | 0 | 0 | 3 | 0 st. albans | WV |
| Dismas Charities (RRC) | 0 | 0 | 0 | 0 | 1 | 0 clarksburg | WV |
| Dismas Charities (RRC) | 0 | 0 | 0 | 0 | 3 | 0 del rio | TX |
| Dismas Charities (RRC) | 0 | 0 | 0 | 0 | 4 | 0 el paso | TX |
| Dismas Charities (RRC) | 0 | 0 | 0 | 0 | 6 | 0 tucson | AZ |
| Dismas Charities Albuguerque (RRC) | 0 | 0 | 0 | 0 | 16 | 0 albuquerque | NM |
| Dismas Charities Inc. (RRC) | 0 | 0 | 0 | 0 | 5 | 0 lexington | KY |
| Dismas Charities Inc. (RRC) | 0 | 0 | 0 | 0 | 8 | 0 orlando | FL |
| Dismas Charities Inc. (RRC) | 0 | 0 | 0 | 0 | 4 | 0 omaha | NE |
| Dismas Charities Inc. (RRC) | 0 | 0 | 0 | 0 | 2 | 0 montgomery | AL |
| Dismas Charities Inc. (RRC) | 0 | 0 | 1 | 0 | 1 | 0 augusta | GA |
| Dismas Charities Nashville (RRC) | 0 | 0 | 0 | 0 | 1 | 0 nashville | TN |
| Dismas Charities, Inc. (RRC) | 0 | 0 | 0 | 0 | 2 | 0 corpus christi | TX |
| Dismas Charities, Inc. (RRC) | 0 | 0 | 0 | 0 | 2 | 0 kearney | NE |
| Dismas House of St. Louis (RRC) | 0 | 0 | 0 | 0 | 2 | 0 saint louis | MO |
| Dismas Laredo (RRC) | 0 | 0 | 0 | 0 | 1 | 0 laredo | TX |
| Dismas of Manchester (RRC) | 0 | 0 | 0 | 0 | 10 | 0 manchester | KY |
| Drapelick Center (RRC) | 0 | 0 | 0 | 0 | 1 | 0 hartford | CT |
| Dublin FCI | 0 | 0 | 0 | 0 | 199 | 24 dublin | CA |
| Duluth FPC | 0 | 3 | 0 | 0 | 131 | 22 duluth | MN |
| El Reno FCI | 0 | 1 | 1 | 0 | 484 | 101 el reno | OK |
| Elkton FCI | 0 | 1 | 9 | 0 | 756 | 87 lisbon | OH |
| Estill FCI | 0 | 3 | 0 | 0 | 0 | 25 estill | SC |
| Fairton FCI | 0 | 4 | 1 | 0 | 224 | 77 fairton | NJ |
| Firetree LTD. (RRC) | 0 | 0 | 0 | 0 | 4 | 0 harrisburg | PA |
| Firetree LTD. (RRC) | 0 | 0 | 0 | 0 | 4 | 0 syracuse | NY |
| Florence - High USP | 0 | 6 | 2 | 0 | 373 | 75 florence | CO |
| Florence FCI | 0 | 4 | 2 | 0 | 627 | 54 florence | CO |
| Fort Dix FCI | 0 | 3 | 2 | 0 | 1647 | 101 joint base mdl | NJ |
| Fresno County Jail (RRC) | 0 | 0 | 0 | 0 | 1 | 0 fresno | CA |
| GEO Care Inc. (RRC) | 0 | 0 | 1 | 0 | 6 | 0 brownsville | TX |
| GEO Care Salt Lake City Center (RRC) | 0 | 0 | 0 | 0 | 2 | 0 salt lake city | UT |
| GEO Care, Inc. (RRC) | 0 | 0 | 1 | 0 | 3 | 0 bronx | NY |
| GEO Care, LLC (RRC) | 0 | 0 | 0 | 0 | 1 | 0 sacramento | CA |
| GEO Group Inc. (RRC) | 0 | 0 | 0 | 0 | 6 | 0 edinburg | TX |
| GEO Group Inc. (RRC) | 0 | 0 | 0 | 0 | 5 | 0 el monte | CA |
| GEO Reentry Inc (RRC) | 0 | 0 | 0 | 0 | 2 | 0 los angeles | CA |
| GEO Reentry of Alaska, Inc. (RRC) | 0 | 0 | 0 | 0 | 3 | 0 oakland | CA |

| Facility | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GEO Reentry, Inc. (RRC) | 0 | 0 | 1 | 0 | 13 | 0 | leavenworth | KS |
| Geo Care (RRC) | 0 | 0 | 0 | 0 | 6 | 0 | las vegas | NV |
| Geo Residential Reentry Center (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | tampa | FL |
| Gilmer FCI | 0 | 1 | 1 | 0 | 288 | 80 | glenville | WV |
| Glynco | 0 | 0 | 0 | 0 | 0 | 10 | glynco | GA |
| Grand Prairie | 0 | 2 | 0 | 0 | 0 | 58 | grand prairie | TX |
| Great Falls Pre-Release Center (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | great falls | MT |
| Greenville FCI | 0 | 1 | 0 | 0 | 627 | 80 | greenville | IL |
| Guaynabo MDC | 0 | 0 | 0 | 0 | 56 | 9 | guaynabo | PR |
| Hampshire House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | manchester | NH |
| Hazelton USP | 0 | 4 | 0 | 0 | 84 | 186 | bruceton mills | WV |
| Hillsborough County RRC (RRC) | 0 | 0 | 0 | 0 | 6 | 0 | tampa | FL |
| Honolulu FDC | 0 | 1 | 0 | 0 | 13 | 10 | honolulu | HI |
| Horizon House (RRC) | 0 | 0 | 0 | 0 | 4 | 0 | albany | NY |
| Houston FDC | 0 | 2 | 0 | 0 | 211 | 48 | houston | TX |
| Human Service Center (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | peoria | IL |
| Kalamazoo Prob Enhancement Pro (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | battle creek | MI |
| Kalamazoo Prob Enhancement Pro (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | benton harbor | MI |
| Kalamazoo Prob Enhancement Pro (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | kalamazoo | MI |
| Keeton Corrections Inc (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | tallahassee | FL |
| Keeton Corrections Inc. (RRC) | 0 | 0 | 1 | 0 | 2 | 0 | spanish fort | AL |
| Keeton Corrections Inc. (RRC) | 0 | 0 | 0 | 0 | 9 | 0 | jacksonville | FL |
| Keeton Corrections Inc. (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | pensacola | FL |
| Keeton Corrections, Inc. (Birmingham) (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | birmingham | AL |
| Kintock Group, The (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | philadelphia | PA |
| La Tuna FCI | 0 | 5 | 2 | 0 | 392 | 72 | anthony | TX |
| Lake Region Law Enforcement CE (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | devils lake | ND |
| Lee USP | 0 | 3 | 0 | 0 | 483 | 160 | pennington gap | VA |
| Lewisburg USP | 0 | 0 | 0 | 0 | 204 | 84 | lewisburg | PA |
| Lompoc FCI | 0 | 0 | 3 | 0 | 557 | 26 | lompoc | CA |
| Lompoc USP | 0 | 2 | 2 | 0 | 170 | 62 | lompoc | CA |
| Loretto FCI | 0 | 1 | 0 | 0 | 635 | 69 | loretto | PA |
| Lutherin Social Services (RRC) | 0 | 0 | 0 | 0 | 2 | 0 | eau claire | WI |
| MSTC | 0 | 0 | 0 | 0 | 0 | 2 | aurora | CO |
| Manchester FCI | 0 | 2 | 0 | 0 | 560 | 156 | manchester | KY |
| Marianna FCI | 0 | 12 | 0 | 0 | 263 | 58 | marianna | FL |
| McCreary USP | 0 | 5 | 2 | 0 | 310 | 137 | pine knot | KY |
| McDowell FCI | 0 | 0 | 0 | 0 | 361 | 60 | welch | WV |
| McKean FCI | 0 | 6 | 0 | 0 | 403 | 3 | lewis run | PA |
| Miami FCI | 0 | 1 | 1 | 0 | 173 | 65 | miami | FL |
| Mid-Atlantic RO | 0 | 0 | 0 | 0 | 0 | 10 | annapolis junct | MD |
| Midway Rehabilitation Center (RRC) | 0 | 0 | 0 | 0 | 5 | 0 | knoxville | TN |
| Montgomery FPC | 0 | 1 | 0 | 0 | 46 | 16 | montgomery | AL |
| NW Regional Re-Entry Center (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | portland | OR |
| New York MCC | 0 | 4 | 0 | 0 | 46 | 64 | new york | NY |
| North Central RO | 0 | 0 | 0 | 0 | 0 | 4 | kansas city | KS |
| Northeast RO | 0 | 0 | 0 | 0 | 0 | 3 | philadelphia | PA |
| Oklahoma City FTC | 0 | 12 | 2 | 0 | 447 | 69 | oklahoma city | OK |
| Oriana House Inc. (RRC) | 0 | 0 | 0 | 0 | 4 | 0 | cleveland | OH |
| Otero County Prison Facility (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | charparral | NM |
| Otisville FCI | 0 | 4 | 0 | 0 | 79 | 45 | otisville | NY |
| Oxford FCI | 0 | 0 | 0 | 0 | 581 | 80 | oxford | WI |
| Pekin FCI | 0 | 3 | 0 | 0 | 670 | 87 | pekin | IL |
| Pensacola FPC | 0 | 2 | 0 | 0 | 30 | 23 | pensacola | FL |

| Facility | | | | | | | City | State |
|---|---|---|---|---|---|---|---|---|
| Petersburg Low FCI | 0 | 1 | 0 | 0 | 246 | 39 | hopewell | VA |
| Petersburg Medium FCI | 0 | 2 | 1 | 0 | 239 | 22 | hopewell | VA |
| Pharos House (RRC) | 0 | 0 | 0 | 0 | 2 | 0 | portland | ME |
| Philadelphia FDC | 0 | 0 | 0 | 0 | 331 | 69 | philadelphia | PA |
| Pioneer Human Services (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | spokane | WA |
| Pioneer Human Services (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | tacoma | WA |
| Pioneer Human Services; DBA: Pioneer Industries (RRC) | 0 | 0 | 0 | 0 | 2 | 0 | seattle | WA |
| Pollock USP | 0 | 2 | 0 | 1 | 504 | 146 | pollock | LA |
| RRC Tupelo, Mississippi (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | tupelo | MS |
| RRK Enterprises DBA Independence House (RRC) | 0 | 0 | 1 | 0 | 1 | 0 | denver | CO |
| Ray Brook FCI | 0 | 3 | 0 | 0 | 102 | 38 | ray brook | NY |
| Renewal Inc. (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | pittsburgh | PA |
| Rochester FMC | 0 | 6 | 0 | 0 | 333 | 68 | rochester | MN |
| Safford FCI | 0 | 8 | 0 | 0 | 497 | 41 | safford | AZ |
| Salvation Army (RRC) | 0 | 0 | 1 | 0 | 5 | 0 | west palm beach | FL |
| Salvation Army (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | fort myers | FL |
| Salvation Army (RRC) | 0 | 0 | 1 | 0 | 1 | 0 | waco | TX |
| San Diego MCC | 0 | 0 | 1 | 0 | 386 | 55 | san diego | CA |
| Sandstone FCI | 0 | 0 | 1 | 0 | 590 | 54 | sandstone | MN |
| Schuylkill FCI | 0 | 1 | 0 | 0 | 483 | 73 | minersville | PA |
| Scranton Pavilion (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | scranton | PA |
| South Central RO | 0 | 3 | 0 | 0 | 0 | 7 | grand prairie | TX |
| Southeast Missouri Behavioral Health, Inc.; DBA: SEMO CTC (RRC) | 0 | 0 | 0 | 0 | 4 | 0 | farmington | MO |
| Southeast RO | 0 | 16 | 0 | 0 | 0 | 3 | atlanta | GA |
| Springfield MCFP | 0 | 0 | 20 | 0 | 331 | 273 | springfield | MO |
| Talbert House For Women (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | cincinnati | OH |
| Talladega FCI | 0 | 14 | 5 | 0 | 262 | 57 | talladega | AL |
| Terminal Island FCI | 0 | 3 | 10 | 0 | 459 | 58 | san pedro | CA |
| Texarkana FCI | 0 | 2 | 2 | 0 | 669 | 110 | texarkana | TX |
| The Geo Group, Inc. (RRC) | 0 | 0 | 2 | 0 | 3 | 0 | houston | TX |
| The Klintock Group Inc. (RRC) | 0 | 0 | 1 | 0 | 5 | 0 | newark | NJ |
| The Mirror Inc. (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | topeka | KS |
| Thomson USP | 0 | 2 | 0 | 1 | 505 | 100 | thomson | IL |
| Tucson FCI | 0 | 1 | 0 | 0 | 130 | 61 | tucson | AZ |
| Victorville USP | 0 | 3 | 1 | 0 | 464 | 80 | victorville | CA |
| Vol. of America Fort Worth Texas (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | ft. worth | TX |
| Volunteers of America (RRC) | 0 | 0 | 0 | 0 | 2 | 0 | metairie | LA |
| Volunteers of America Inc. (RRC) | 0 | 0 | 0 | 0 | 10 | 0 | baltimore | MD |
| Volunteers of America Inc. (RRC) | 0 | 0 | 0 | 0 | 2 | 0 | indianapolis | IN |
| Volunteers of America Inc. (RRC) | 0 | 0 | 0 | 0 | 10 | 0 | san juan | RQ |
| Volunteers of America Texas, Inc. (RRC) | 0 | 0 | 1 | 0 | 8 | 0 | hutchins | TX |
| Volunteers of America of Greater Ohio (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | toledo | OH |
| Volunteers of America of Minnesota (RRC) | 0 | 0 | 0 | 0 | 2 | 0 | roseville | MN |
| Waseca FCI | 0 | 1 | 0 | 0 | 330 | 39 | waseca | MN |
| Western RO | 0 | 0 | 0 | 0 | 0 | 1 | stockton | CA |
| Wisconsin Community Svs (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | milwaukee | WI |
| Working Alternatives GG (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | garden grove | CA |
| Yankton FPC | 0 | 0 | 0 | 0 | 88 | 17 | yankton | SD |
| Yazoo City Low FCI | 0 | 0 | 3 | 0 | 89 | 14 | yazoo city | MS |
| Yazoo City Medium FCI | 0 | 0 | 0 | 0 | 155 | 16 | yazoo city | MS |